1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTONIO CARREON,                          No.  2:17-cv-1292 TLN KJN

12                 Plaintiff,

13           v.                                  ORDER

14    S. ABDUR-RAHMAN, et al.,

15                 Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On December 31, 2019, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  (ECF No. 44.)  Plaintiff

23    filed objections to the findings and recommendations.  (ECF No. 45.)  Defendants did not file a

24    reply.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26    Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the

27    Court finds the findings and recommendations to be supported by the record and by proper

28    analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 31, 2019 (ECF No. 44), are ADOPTED IN FULL;

2. Plaintiff's Eighth Amendment claims against defendant Lee based on her role in the 2015 RAP are DISMISSED based on Plaintiff's failure to exhaust such claims; in all other respects, the motion on exhaustion grounds (ECF No. 39) is DENIED;

3. Defendants' motion for summary judgment (ECF No. 39) on Plaintiff's remaining Eighth Amendment claims against Defendant Dr. Lee, and all of Plaintiff's Eighth Amendment claims against Defendant Dr. Abdur-Rahman are GRANTED; and

4. The Clerk of the Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

Dated: March 6, 2020

Troy L. Nunley
United States District Judge